UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR102-66 |
| --- | --- | --- |
| | ) | |
| v. | ) | VIO: 21 U.S.C. § 841(a)(1) |
| | ) | Distribution of 5 Grams or More of |
| EDDIE BOYD, JR. a.k.a. "Red" | ) | Cocaine Base (Crack) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses WITHOUT PREJUDICE the above-referenced Indictment, and shows that since the Indictment was returned in October 2002, no arrest has been made, and further proceedings at this time would not be in the interests of justice.

Respectfully submitted,

EDMUND A. BOOTH, JR.
ACTING UNITED STATES ATTORNEY

Darrin L. McCullough
Assistant United States Attorney

100 Bull Street
Savannah, GA 31401
(912) 652-4422

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal without prejudice.

SO ORDERED, this _____ day of _____, 2007.

Dudley H. Bowen, Jr.
Judge, United States District Court
Southern District of Georgia

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA     *

        vs.     *     CASE NO. 1:02-cr-66

EDDIE BOYD, JR.     *

    *

    *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as order _____ dated 5/14/07 _____, which is part of the official records of this case.

Date of Mailing: 5/14/07
Date of Certificate: 5/14/07

SCOTT L. POFF, CLERK

By: _____

NAME:
1. Eddie Boyd
2. 
3. 
4. 
5. 
6. 
7. 

Cert/Copy
- ☐ ☒ District Judge
- ☐ ☐ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☒ U.S. Probation
- ☐ ☒ U.S. Marshal
- ☐ ☒ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds